## Commonwealth ex rel. Meholchick, Appellant, *v.* Rundle.

Submitted November 11, 1965. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Raymond Meholchick,* appellant, in propria persona.

*Anthony B. Panaway,* Assistant District Attorney, *Robert J. Hourigan,* First Assistant District Attorney, and *Thomas E. Mack,* District Attorney, for appellee.

OPINION PER CURIAM, January 4, 1966:

This is an appeal from an order below dismissing an action of habeas corpus without hearing.

The order was correct. The issues raised are adequately discussed and answered in *Commonwealth ex rel. Fox v. Maroney,* 417 Pa. 308, 207 A. 2d 810 (1965),

and *Commonwealth ex rel. Cuevas v. Rundle,* 418 Pa. 373, 211 A. 2d 485 (1965).

Order affirmed.

---

CONCURRING OPINION BY MR. JUSTICE ROBERTS:

I concur for the reasons stated in my concurring opinion in *Commonwealth ex rel. Hargrove v. Maroney,* 420 Pa. 120, 215 A. 2d 635 (1966).